UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Case No. 98-3004-CIV-ROSENBERG/BRANNON

ACCESS NOW, INC., et al.,

    Plaintiffs,

v.

AMH CGH, INC., a California corporation, et al.

    Defendants.

_____

**JOINT MOTION FOR ENTRY OF FINAL JUDGMENT OF COMPLIANCE WITH REGARD TO DOCTOR'S HOSPITAL OF MANTECA, HIALEAH HOSPITAL, NORTH SHORE MEDICAL CENTER, AND ST. MARY'S MEDICAL CENTER**

    The parties, through their counsel, move for entry of final judgment of compliance with regard to the following four Defendant facilities: Doctors Hospital of Manteca, Inc. ("Doctor's Hospital of Manteca"), HealthSystem, Inc., d/b/a Hialeah Hospital ("Hialeah Hospital"), Tenet HealthSystem North Shore, Inc., d/b/a North Shore Medical Center ("North Shore Medical Center"), and Tenet St. Mary's, Inc., d/b/a St. Mary's Medical Center ("St. Mary's Medical Center"). As grounds, the parties state as follows:

    1.    On or about January 29, 2008, the Court approved the Facility Consent Decree pertaining to Doctor's Hospital of Manteca.

    2.    On or about August 9, 2010, the Court approved Facility Consent Decrees pertaining to Hialeah Hospital, North Shore Medical Center, and St. Mary's Medical Center.

    3.    Attached to the Facility Consent Decrees pertaining to each of these Defendant facilities were Facility Modification Plans, setting forth modifications to be made to these facilities over a five-year period.

4. The parties have conducted post-compliance inspections of the modifications made to Doctor's Hospital of Manteca, Hialeah Hospital, North Shore Medical Center, and St. Mary's Medical Center. Plaintiffs' experts have certified that these Defendant facilities have complied with their respective Facility Modification Plans. *See* Exhibits A-D.

5. The Court's Order Directing Final Judgment Pursuant to Fed. R. Civ. P. 54(b) directed that, upon fulfillment of the Facility Modification Plans, the Defendant facilities could seek a Court order finding and determining that their obligations under the Plans have been fulfilled and that they have complied with the Facility Modification Plans. *Access Now, Inc. v. AMH CGH, Inc*., 2001 U.S. Dist. LEXIS 12876, ¶ 55 (S.D. Fla. May 8, 2001).

6. The Court's Order stated that, if the Court finds that any particular Defendant facility's obligations under the Plan have been fulfilled and that it has complied with the Plan, the Court will enter a final judgment to that effect with regard to that Defendant facility, certifying such fulfillment and compliance. *Id.* at ¶ 56.

7. The Court's Order further directed that the Court's jurisdiction over each Defendant as to which a final judgment has been entered will terminate ninety days from the date the Court enters final judgment unless, for cause shown by a party to the Consent Decree, the Court determines to continue its jurisdiction as to a particular Defendant. *Id.* at ¶ 57.

8. In light of the foregoing, the parties request that the Court enter final judgment of compliance as to Doctor's Hospital of Manteca, Hialeah Hospital, North Shore Medical Center, and St. Mary's Medical Center (1) finding and determining that their obligations under their respective Facility Modification Plans have been fulfilled and that they have complied with their Facility Modification Plans and (2) providing that the Court's jurisdiction over these Defendants will terminate ninety days from the date final judgment is entered, unless the Court determines to

continue its jurisdiction over a particular Defendant and indicates such by way of a separate and subsequent Court order.

Respectfully submitted this 29th day of December, 2017.

By: */s/ David E. Marko*
David E. Marko
Fla. Bar No. 939633
DE LA O, MARKO, MAGOLNICK, LEYTON
3001 S.W. 3rd Avenue
Miami, FL  33129
Telephone:  (305) 285-2000
Fax:   (305) 285-5555

Attorneys for Plaintiffs

By: */s/ Carmen Y. Cartaya*
Carmen Y. Cartaya
McIntosh, Sawran & Cartaya
1776 East Sunrise Blvd
Fort Lauderdale, Florida 33304
Telephone:  (954) 765-1001
Fax:          (954) 765-1005

Jessica Brown
David Glandorf
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO 80202-2641
Telephone: (303) 298-5700
Fax:  (303) 298-5700

Attorneys for Defendants