UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 98-3004-CIV-ROSENBERG/BRANNON

ACCESS NOW, INC., et al.,

    Plaintiffs,

v.

AMH CGH, INC., a California corporation, et al.

    Defendants.

_____/

**ORDER GRANTING JOINT MOTION FOR ENTRY OF FINAL
JUDGMENT OF COMPLIANCE WITH REGARD TO DOCTOR'S
HOSPITAL OF MANTECA, HIALEAH HOSPITAL, NORTH
SHORE MEDICAL CENTER, AND ST. MARY'S MEDICAL CENTER**

This matter, having come before the Court on the parties' Joint Motion for Entry of Final Judgment of Compliance with Regard to Doctors Hospital of Manteca, Inc. ("Doctor's Hospital of Manteca"), HealthSystem, Inc., d/b/a Hialeah Hospital ("Hialeah Hospital"), Tenet HealthSystem North Shore, Inc., d/b/a North Shore Medical Center ("North Shore Medical Center"), and Tenet St. Mary's, Inc., d/b/a St. Mary's Medical Center ("St. Mary's Medical Center"), [DE 365] and the Court having reviewed the parties' Motion and being otherwise fully advised in the premises, it is hereupon,

ORDERED AND ADJUDGED that the Joint Motion [DE 365] is GRANTED. A final judgment of compliance is hereby entered as to Doctor's Hospital of Manteca, Hialeah Hospital, North Shore Medical Center, and St. Mary's Medical Center, each of which has fulfilled its obligations under and complied with its Facility Modification Plan. The Court's jurisdiction over these Defendants will terminate ninety days from the date this final judgment is entered,

unless the Court determines to continue its jurisdiction over a particular Defendant and indicates such by way of a separate and subsequent Court order.

**DONE** and **ORDERED** in Chambers at Fort Pierce, Florida, this 5th day of January, 2018.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE